FILED

September 22, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )        Case No. 2:09-MJ-00275
            Plaintiff,         )
                               )
v.                             )        ORDER FOR RELEASE OF
                               )          PERSON IN CUSTODY
HELEN SOTIRIADIS,              )
                               )
            Defendant.         )

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release  HELEN SOTIRIADIS , Case No.  2:09-MJ-

00275 , Charge  18 USC 1343 , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

            __      Release on Personal Recognizance

            __      Bail Posted in the Sum of $_____

                  __      Unsecured Appearance Bond

                  __      Appearance Bond with 10% Deposit

                  __      Appearance Bond with Surety

                  __      Corporate Surety Bail Bond

                  ✔      (Other) Conditions as stated on the record.

        This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

        Issued at  Sacramento, CA  on  September 22, 2009   at  9:00am  .


                              By    /s/ Gregory G. Hollows
                                    Gregory G. Hollows
                                    United States Magistrate Judge